FOR PUBLICATION

FILED

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **ALASKA AIRLINES INC., an Alaska corporation**, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> **JUDY SCHURKE, in her official capacity as Director of the State of Washington Department of Labor and Industries; ELIZABETH SMITH, in her official capacity as Employment Standards Program Manager of the State of Washington Department of Labor and Industries**, <br><br> Defendants-Appellees, <br><br> **ASSOCIATION OF FLIGHT ATTENDANTS - COMMUNICATION WORKERS OF AMERICA, AFL-CIO**, <br><br> Intervenor-Defendant-Appellee. | No.    13-35574 <br><br> D.C. No. 2:11-cv-00616-JLR <br> Western District of Washington, Seattle <br><br> **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35-3. The three-judge panel disposition in this case shall not be cited as precedent by or to any court of the Ninth Circuit.